# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BELINDA MARIE BALL-LIVINGSTON, an individual; and BREANNA MARIE BALL, an individual,

        Plaintiff(s),

v.

I.Q. DATA INTERNATIONAL, INC., a Foreign corporation,

        Defendant(s).

2:22-cv-00596-JAD-VCF

**ORDER**

Before the court is defendant I.Q. Data International, Inc.'s unopposed motion for an extension of time to answer or otherwise plead (ECF No. 4).

Defendant I.Q. Data International, Inc. states that its motion is unopposed. *Id.*

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that defendant I.Q. Data International, Inc.'s unopposed motion for an extension of time to answer or otherwise plead (ECF No. 4) is GRANTED. IQD has up to and including July 8, 2022, to file its responsive pleading to Plaintiff's complaint.

DATED this 17th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE