COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BELINDA MARIE BALL-LIVINGSTON, an individual; and BREANNA MARIE BALL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>IQ DATA INTERNATIONAL, INC., a Foreign Corporation,<br><br>Defendant. | Case Number:<br>2:22-cv-00596-JAD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>ECF No. 14 |

　　　IT IS HEREBY STIPULATED by and between Plaintiffs, Belinda Marie Ball-Livingston and Breanna Marie Ball ("Plaintiffs") and Defendant, IQ Data International, Inc. ("Defendant"), by and through their respective attorneys of record, that all Plaintiffs' claims asserted against

Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 16th day of December, 2022.                Dated this 16th day of December, 2022.

COGBURN LAW                                           GORDON REES SCULLY MANSUKHANI, LLP

By: /s/Erik W. Fox                                    By: /s/Sean P. Flynn
   Jamie S. Cogburn, Esq.                                Sean P. Flynn, Esq.
   Nevada Bar No. 8409                                   Nevada Bar No. 15408
   Erik W. Fox, Esq.                                     1 East Liberty Street, Suite 424
   Nevada Bar No. 8804                                   Reno, NV 89501
   2580 St. Rose Parkway, Suite 330                      *Attorneys for Defendant, IQ Data*
   Henderson, NV 89074                                   *International, Inc.*
   *Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation [ECF No. 14] and good cause appearing, and because the dismissal of the claims against IQ Data International, Inc., leaves no claims or parties pending, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 16, 2022